```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 20249
   SANDRA E HEIDT
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-7470


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 05/25/2004 and was confirmed 07/22/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors  55.17%.

      The case was paid in full 11/10/2008.
------------------------------------------------------------------------
   CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------
BANK ONE                  SECURED             17622.56       2443.75       17622.56
COUNTRYWIDE HOME LOANS I  CURRENT MORTG           .00            .00            .00
DELL FINANCIAL            SECURED               500.00           6.26         500.00
DELL FINANCIAL            UNSECURED OTH         227.01            .00         125.36
EVERHOME MORTGAGE         CURRENT MORTG           .00            .00            .00
AAA FINANCIAL SERVICES    UNSECURED        NOT FILED            .00            .00
RESURGENT ACQUISITION LL  UNSECURED           6005.23            .00        3313.09
RESURGENT ACQUISITION LL  UNSECURED          17966.43            .00        9912.08
LVNV FUNDING LLC          UNSECURED           1551.57            .00         856.00
DIRECT MERCHANTS BANK     UNSECURED        NOT FILED            .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED           2917.44            .00        1609.55
ECAST SETTLEMENT CORP     UNSECURED           3063.52            .00        1690.14
RESURGENT ACQUISITION LL  UNSECURED           1173.40            .00         647.36
ECAST SETTLEMENT CORP     UNSECURED            509.85            .00         281.28
ROUNDUP FUNDING LLC       UNSECURED           5865.75            .00        3236.13
WAL MART STORES INC       UNSECURED        NOT FILED            .00            .00
WELLS FARGO FINANCIAL IL  SECURED              1691.78         112.01        1691.78
RETAILERS NATIONAL BANK   UNSECURED            127.25            .00          70.20
EVERHOME MORTGAGE         COST OF COLLE        100.00            .00         100.00
ECAST SETTLEMENT CORP     UNSECURED          17369.42            .00        9582.71
SYMS                      UNSECURED              .00            .00            .00
NEAL FELD                 DEBTOR ATTY         1,404.00                     1,404.00
TOM VAUGHN                TRUSTEE                                          3,431.98
DEBTOR REFUND             REFUND                                             563.81

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                    59,200.05

PRIORITY                                            .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 20249 SANDRA E HEIDT
```

```
SECURED                                                      19,914.34
    INTEREST                                                  2,562.02
UNSECURED                                                    31,323.90
ADMINISTRATIVE                                                1,404.00
TRUSTEE COMPENSATION                                          3,431.98
DEBTOR REFUND                                                   563.81
                                    ---------------     ---------------
TOTALS                                    59,200.05           59,200.05
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/26/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                            PAGE   2
        CASE NO. 04 B 20249 SANDRA E HEIDT